UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

DAVID SZATKIEWICZ and KELLY
SZATKIEWICZ, Husband and Wife,

    Plaintiff,

vs.

TOWNSHIP OF ANDOVER, ANDOVER
TOWNSHIP POLICE DEPARTMENT,
THOMAS WALSH, in his official capacities
as Councilman and Mayor of the Township of
Andover, MICHAEL HANIFAN, in his
official capacities as Councilman and Deputy
Mayor of the Township of Andover, ROBERT
WEBSTER, in his official capacity as a
member of the Council of the Township of
Andover, CHARLES GROTYOHANN, in his
official capacity as a member of the Council of
the Township of Andover, PHILLIP A.
COLEMAN, individually and in his official
capacity as Chief of the Andover Township
Police Department, RICHARD W.
STEWART, in his official capacity as
Administrator of the Township of Andover
and JOHN DOES 1-6, fictitious names for
individuals as yet unknown,

    Defendants.

CIVIL ACTION NO: 08-cv-00047-JAG/MCA

**DISCOVERY ORDER**

    This matter being opened to the Court on the request of the Plaintiffs, David and Kelly Szatkiewicz (the "Plaintiffs") seeking an extension of time within which to serve the Defendants with a copy of Plaintiffs' expert report on pension differential damages (the "Expert Report) and the Defendants, through counsel, having consented to said request and for good cause shown;

    IT IS ON THIS 6 DAY OF OCT, 2008,

DURKIN & DURKIN, LLP
ATTORNEYS AT LAW
1120 BLOOMFIELD AVENUE
PO BOX 1289
WEST CALDWELL, NJ 07007-1289
973-244-9969

**ORDERED,** that Plaintiffs' request for an extension of time within which to serve the Export Report be and is hereby granted; and it is further

**ORDERED,** that Plaintiffs' Expert Report shall be due on or before October 22, 2008.

Madeline Cox Arleo, U.S.M.J.

fix Telephone conf on for Oct 7 at 430pm.

DURKIN & DURKIN, LLP
ATTORNEYS AT LAW
1120 BLOOMFIELD AVENUE
P.O. BOX 1289
WEST CALDWELL, NJ 07007-1289

973-244-9969